

# NUMBER 13-18-00083-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**GABRIEL BUSTAMANTE AND**
**BRENDA BUSTAMANTE,**                                     **Appellants,**

**v.**

**RREF CB SBI. TX. LLC,**                                  **Appellee.**

---

### On appeal from the County Court at Law No. 3
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion by Chief Justice Valdez

Appellants, Gabriel Bustamante and Brenda Bustamante, filed an appeal from a judgment entered by the County Court at Law No. 3 of Cameron County, Texas, in cause number 2017-CCL-00809-IV. Appellants have filed an amended unopposed motion to dismiss the appeal on grounds that the parties have reached an agreement to the

resolution of the case and the appeal has now become moot. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' amended unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' amended motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

<u>**/s/ Rogelio Valdez**</u>
ROGELIO VALDEZ
Chief Justice

Delivered and filed the
31st day of May, 2018.